UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:26-cv-10132-NMG

Petitioner

Imer Payes Gonzalez

v.

Respondent

Patricia Hyde et al

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Status Report entered on February 6, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan
Docket Clerk

February 9, 2026